KAMALA D. HARRIS
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
BENJAMIN BARNOUW
Deputy Attorney General
State Bar No. 168581
  300 South Spring Street, Suite 1702
  Los Angeles, California  90013
  Telephone:  (213) 897-9374
  Facsimile:  (213) 897-2810
  E-mail: Ben.Barnouw@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, California Highway Patrol Officer Jon Relles and California Highway Patrol Officer Todd Barrett*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **METAL JEANS, INC., a Nevada Corporation**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, TODD BARRETT, JON RELLES, HOWARD SOMMERS TOWING, INC. and DOES 1-30,**<br><br>Defendants. | Case No. 2:15-cv-02127-DDP(PJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS STATE OF CALIFORNIA, CHP OFFICER JON RELLES, CHP OFFICER TODD BARRETT AND HOWARD SOMMERS TOWING, INC.** |

The motion of defendants State of California, acting by and through the California Highway Patrol (CHP), CHP Officer Jon Relles and CHP Officer Todd Barrett for Summary Judgment or, in the Alternative, for Partial Summary Judgment and the motion of defendant Howard Sommers Towing, Inc. for Summary Judgment, or, in the Alternative, Partial Summary Judgment came on regularly for hearing before this Court on October 17, 2016.  The Court, having fully considered

1

JUDGMENT IN FAVOR OF ALL DEFENDANTS
(Metal Jeans, Inc. v. State of California, et al.; case no. 2:15-cv-02127-DDP(PJWx)

the evidence presented and having heard oral argument, issued an Order granting both motions in their entirety, finding that defendants State of California, acting by and through the CHP, CHP Officer Relles, CHP Officer Barrett and Howard Sommers Towing, Inc. are entitled to summary judgment on all claims asserted by plaintiff Metal Jeans, Inc.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED THAT plaintiff Metal Jeans, Inc. take nothing in this action, that the action by plaintiff Metal Jeans, Inc. against defendants State of California, acting by and through the CHP, CHP Officer Jon Relles, CHP Officer Todd Barrett and Howard Sommers Towing, Inc. be dismissed on the merits, and that defendants State of California, acting by and through the CHP, CHP Officer Jon Relles, CHP Officer Todd Barrett and Howard Sommers Towing, Inc. recover their costs.

DATED: January 10, 2017

Hon. Dean D. Pregerson
United States District Judge

2

JUDGMENT IN FAVOR OF ALL DEFENDANTS
(Metal Jeans, Inc. v. State of California, et al.; case no. 2:15-cv-02127-DDP(PJWx))